FILED - USDC -NH
2021 MAY 7 PM 12:02

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Andrew Spinella

1:21-cr-00041-JL-04

### WAIVER OF SPEEDY TRIAL

I, Andrew Spinella, after consultation with counsel, hereby waive my right to speedy trial contained in the 6th amendment to the United States Constitution to the extent that my trial is delayed by the Motion to Continue to be filed by the United States on or about April 21, 2021.

Dated: 5-5-2021

Respectfully submitted,

John P. Newman, Esq.
NHBA No.: 8820
Newman Law Office, PLLC
15 High Street
Manchester, NH 03101
(603) 935-5603
john@newmanlawnh.com

Andrew Spinella