UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW SPINELLA | No. 21-CR-00041-JL |

### ASSENTED-TO MOTION TO CONTINUE SENTENCING

The Government respectfully moves the Court to continue the sentencing hearing for Andrew Spinella, currently scheduled for July 26, 2022, for approximately 30 days.

The parties and the probation officer need additional time to consider a disputed issue in the pre-sentence report.

The defendant's counsel and the probation officer assent to the motion.

                                        Respectfully submitted,

                                        JANE E. YOUNG
                                        United States Attorney

Date: July 1, 2022                          By:/s/ Georgiana L. MacDonald
                                                      Georgiana L. MacDonald
                                                        Assistant United States Attorney
                                                        Bar Association #685375
                                                        53 Pleasant St., 4th Floor
                                                        Concord, NH 03301
                                                         Georgiana.MacDonald@usdoj.gov