Acknowledgment – Sentencing Options and Supervision Conditions

**U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

**AUG 30 2022**

**FILED**

# UNITED STATES DISTRICT COURT
## District of New Hampshire

UNITED STATES OF AMERICA

v.                                                           **ACKNOWLEDGMENT**

Andrew Spinella                                Case Number: 1:21CR00041-4-JL
Defendant

I, <u>Andrew Spinella</u>, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date: 8/30/2022

_____
Defendant

_____
Defense Counsel

cc:  Defendant
     U.S. Attorney
     U.S. Marshal
     U.S. Probation
     Defense Counsel

USDCNH-103 (10-14)

**PROPOSED SENTENCING OPTIONS AND SUPERVISION CONDITIONS**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**
**UNITED STATES V. ANDREW SPINELLA, DKT. 0102 1:21CR00041-004**

| | | | |
|---|---|---|---|
| **TOTAL OFFENSE LEVEL** | | 5 | |
| **CRIMINAL HISTORY CATEGORY** | | I | |
| | **Statutory Provisions** | **Guideline Provisions** | **Plea Agreement Provisions** |
| **CUSTODY:** | Ct. 9: 0-20 years | 0-6 months (Zone A) | Not recommended |
| **SUPERVISED RELEASE:** | Ct. 9: 0-3 years | Ct. 9: 1-3 years | Not recommended |
| **PROBATION:** | 1-5 years | 0-3 years | A term of probation to be determined by the Court[1] (*binding stipulation*) |
| **FINE:** | Ct. 9: $0- $250,000 | $500-$9,500 | Silent |
| **RESTITUTION:** | Not applicable | Not applicable | Not applicable |
| **SPECIAL ASSESSMENT:** | Ct. 9: $100 | Ct. 9: $100 | Ct. 9: $100 |

**SUPERVISION:**

While on supervision, you must comply with the following mandatory conditions:

> You must not commit another federal, state, or local crime.
>
> You must not unlawfully possess a controlled substance.
>
> The drug testing condition required by 18 U.S.C. § 3563(a)(5) is suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.
>
> **DNA** – You must cooperate in the collection of DNA as directed by the probation officer.

In addition, you must comply with the standard conditions that have been adopted by this Court as well as the following special conditions:

> **Financial Requirements and Restrictions**
>
> 1. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the Financial Litigation Unit of the U.S. Attorney's Office.

---

[1] Since the applicable guideline range is in Zone A of the Sentencing Table, a sentence of imprisonment is not required, thus a probationary sentence is a guideline sentence. USSG §5C1.1(b).

**Spinella, Andrew**                                                                                  Docket

---

2. You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

3. If the judgment imposes a financial penalty, you must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

**Search and Seizure**

4. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

                                      Respectfully submitted,

                                      Jonathan E. Hurtig
                                      Chief U.S. Probation Officer

By:   */s/ Steven M Killelea*
       Steven M Killelea
       U.S. Probation Officer

Approved:

*/s/ Laura M. Roffo*               08/10/2022
Laura M. Roffo                  Date
Supervising U.S. Probation Officer