IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America,

        Plaintiff,

    v.                           Case No. 21-CR-41-4-JL

Andrew Spinella,

        Defendant.

<u>SATISFACTION OF JUDGMENT</u>

The monetary penalties imposed on August 30, 2022, in the above-captioned action, have

been satisfied and paid in full.

JANE E. YOUNG
United States Attorney


By: <u>/s/ Michael T. McCormack</u>
Michael T. McCormack (No. 16470)
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH 03301
(603) 225-1552
Michael.McCormack2@usdoj.gov

DATED:    September 15, 2022